IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Anthony Gene Trappier *also known as Anthony G. Trappier,* | ) ) ) | C/A No.: 4:12-2445-TLW-KDW |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| DEU Agent Freddy Curry; DEU Agent Rodney Thomason; DEU Agent Alan Jackson; DEU Agent Guthinger; DEU Agent Bordner; US Probation Officer Holly Foxworth; ICE Agent Nebraska Moore; sued in their individual and official capacity, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

# ORDER

On August 23, 2012, the Plaintiff, Anthony Gene Trappier ("Plaintiff"), filed this civil action pursuant to 28 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Kaymani D. West, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends *sua sponte* that Plaintiff's Complaint be summarily dismissed, without prejudice and without issuance and service of process. (Doc. # 16). Objections were due by September 21, 2012. Plaintiff has filed no objections to the Report.

1

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. # 16), and Plaintiff's Complaint is **DISMISSED** without prejudice and without issuance and service of process. (Doc. # 1).

**IT IS SO ORDERED**.

                                                                           s/Terry L. Wooten
                                                                       United States District Judge

October 19, 2012
Florence, South Carolina